# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH BOND and TONIA JEWELL-VINES, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Misc. Case No. _____ |
| v. | ) ) | |
| TELCAST NETWORKS, LLC. | ) ) | |
| Defendant. | ) ) | |
| JOSEPH BOND and TONIA JEWELL-VINES, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Underlying action pending in the U.S. District Court for the Northern District of Illinois, Eastern Division |
| v. | ) ) | |
| ALLSTATE INSURANCE COMPANY a Delaware Corporation, | ) ) ) | Case No. 1:23-cv-04385 |
| Defendant. | ) ) | |

## DECLARATION OF TIMOTHY J. SOSTRIN

I, Timothy J. Sostrin, declare under penalty of perjury, that the following statements are true:

1. I am one of Plaintiffs' attorneys in the underlying action.

2. I submit this declaration in support of *Plaintiff's Motion to Compel Compliance with Subpoena.* I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge and if called upon to testify to the matters stated herein, I could and would do so competently.

3. Attached hereto as Exhibit 1 is the operative pleading in the underlying action, Plaintiffs' Second Amended Complaint.

4. Plaintiff Jewell-Vines alleges in this action that she received calls telemarketing Allstate insurance from multiple phone numbers, including 680-207-1618 and 754-277-3364.

5. In order to obtain the identity of the specific entities who placed these calls, Plaintiffs subpoenaed the telephone carriers who transmitted these calls, Peerless Network and Sinch Voice, to produce documents sufficient to identify the customers who were using those numbers at the time of the calls.

6. In response to those subpoenas, both Peerless Network and Sinch Voice identified Telcast as their customer with respect to the number at issue and indicated that Telcast is itself a telephone service provider who provided telephone service to the end user who placed the calls.

7. Attached hereto as Exhibit 2 is a pdf copy I made on April 23, 2024 of the website telcastnetworks.com, which I understand to be the website for subpoena respondent Telcast., and which shows its principal place of business at 8 The Green, Suite #7044, Dover, DE 19901.

8. Attached hereto as Exhibit 3 is pdf copy of the business entity details found for Telcast Networks, LLC on the Delaware Department of State's website, showing the registered agent information.

9. Attached hereto as Exhibit 4 are the Subpoenas served upon Telcast and proofs of service thereof.

10. Telcast did not respond after service of the subpoenas.

11. In order to follow up, I inquired on Telcast's website as to its process for handling subpoenas.

12. Attached hereto as Exhibit 5 is a screenshot I captured on April 30, 2024 of the website https://telcastnetworks.com/subpoenas-and-court-orders/, which states

> "Subpoenas, court orders and other law enforcement inquiries seeking other information (i.e., non-intercept related) must be sent directly to Telcast Networks, LLC. The preferred method for delivery of these law enforcement inquiries to Telcast Networks, LLC. is via email. Guidelines for Legal Process are specified below.
> EMAIL: legal@telcastnetworks.com"

13. On April 9, 2024, I emailed a copy of both subpoenas to legal@telcastnetworks.com as Tealcast requested on its webpage.

14. Attached hereto as Exhibit 6 is a copy of that email.

15. Telcast has still not made any response.

Dated: April 30, 2024

_____
Timothy J. Sostrin